EMERICK MILL COMPANY, Respondent, v. RUBERT M. GAY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. C. JUDSON KIRK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

RALPH BASH and Another, Respondents, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

FRANK G. BROWN and Others, Appellants, v. J. CLARKE DEAN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

BESSIE D. LaROCHE, Appellant, v. THE CHILDS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Martin, J., dissents.

BENJAMIN HOLSKIN, Trading as B. HOLSKIN & COMPANY, Respondent, v. JACOB HURWITZ, Trading as J. HURWITZ COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of Holskin v. Hurwitz (211 App. Div. 731). Present — Clarke, P. J., Merrell, Finch and Martin, JJ.; Merrell, J., dissents.

MITCHELL H. FEINBERG and MARTIN S. HUBSHMAN, Copartners, Doing Business under the Name and Style of M. H. FEINBERG & Co., Respondents, v. JOSEPH SPANIER and JOSEPH LOBEL, Copartners, Doing Business under the Name and Style of JOSEPH SPANIER & Co., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

ROBBINS BUTTON Co., INC., Respondent, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, INC., Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs, upon the ground that the complaint does not properly allege due performance on the plaintiff's part, or facts constituting a waiver. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

THE OHIO MATCH SALES COMPANY, Respondent, v. MARTHA WASHINGTON EVERHARD, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE OHIO MATCH SALES COMPANY, Respondent, v. MARTHA WASHINGTON EVERHARD, Individually, Appellant, and as Executrix, etc., of DESMOND O. EVERHARD, Deceased, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.